UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMUEL LEWIS TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-72 CAS |
| ) | |
| PAULA HUFFMAN PHILLIPS, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion for default judgment against Jimmie Bell, Unknown Bollinger, Chuck Dwyer, and Greg Rodriguez. Upon review of the file, the Court notes that a Clerk's Entry of Default was not issued against any of these parties pursuant to Federal Rule of Civil Procedure 55(a). As such, plaintiffs motion for default judgment will be denied without prejudice. Plaintiff's motion for default judgment as to Jimmie Bell is moot, as Bell is not a party to this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for entry of default judgment against defendants Unknown Bollinger, Chuck Dwyer, and Greg Rodriguez is **DENIED** without prejudice**.** [Doc. 25]

**IT IS FURTHER ORDERED** that plaintiff's motion for entry of default judgment against Jimmie Bell is **DENIED** as moot. [Doc. 25]

                                                     **CHARLES A. SHAW**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of October, 2006.